UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

5.23.2024

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

STACEY ANN RAYBON BROWN

CASE NO. 3:24-cr-111-WWB-MCR
18 U.S.C. §§ 751(a) and 4082

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 23, 2024, in the Middle District of Florida, the defendant,

STACEY ANN RAYBON BROWN,

did knowingly escape from custody of Bridges Federal Reintegration Centers – Jacksonville, an institutional facility in which she was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of Florida upon conviction for the commission of a federal offense, specifically, wire fraud and mail fraud, in violation of 18 U.S.C. §§ 1343 and 1341.

All in violation of 18 U.S.C. §§ 751(a) and 4082.

A TRUE BILL,

███████████████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
TYSEN DUVA
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

2

FORM OBD-34
5/20/24 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

STACEY ANN RAYBON BROWN

## INDICTMENT

Violations: 18 U.S.C. §§ 751(a) and 4082

A true bill,

_____
Foreperson

Filed in open court this 23rd day of May, 2024.

_____
Clerk

Bail   $_____

GPO 863 525